UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER aka CARL RENOWITZKY,<br><br>Petitioner,<br><br>v.<br><br>ALAMEDA COUNTY EMPLOYEES,<br><br>Respondent. | Case No. 19-05818 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On September 18, 2019, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court. (Docket No. 1.) On the same day, the Clerk sent a notice to Petitioner informing him that he needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 2.) On October 11, 2019, the notice was returned to the Clerk because the envelope did not indicate Petitioner's PFN number. (Docket No. 3). On October 24, 2019, the Clerk's notice was resent.  The deadline has long since passed, and Petitioner has failed to respond to the Clerk's notice.  Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines.

**IT IS SO ORDERED.**

Dated: _December 5, 2019_

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.19\05818Hitler_dism-ifp.docx