UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S CARL A.R. HITLER aka CARL RENOWITZKY,<br><br>    Petitioner,<br><br>    v.<br><br>ALAMEDA COUNTY EMPLOYEES,<br><br>    Respondent. | Case No. 19-05818 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.   The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _**December 5, 2019**_

*[signature]*
BETH LABSON FREEMAN
United States District Judge